1

2

3

4

5

6

7                        **UNITED STATES DISTRICT COURT**

8                       **EASTERN DISTRICT OF CALIFORNIA**

9

10   EDWARD J. JOHANNECK,                    1:18-cv-00051-EPG (PC)

11                    Plaintiff,

12         v.                               **ORDER GRANTING APPLICATION**
                                            **TO PROCEED IN FORMA PAUPERIS**
13   PAM AHLIN, et al.,

14                    Defendant.             (ECF No. 2)

15

16

17         Plaintiff is a civil detainee proceeding *pro se* in this civil rights action pursuant to 42

18   U.S.C. § 1983.   Individuals detained pursuant to California Welfare and Institutions Code § 6600

19   *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation

20   Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

21         In the instant action, plaintiff filed an application to proceed *in forma pauperis*.

22   Examination of these documents reveals that plaintiff is unable to afford the costs of this action.

23   Accordingly, the motion to proceed *in forma pauperis* is GRANTED.

24
     IT IS SO ORDERED.
25

26      Dated:   **January 17, 2018**            /s/ _Erica P. Grosjean_
                                                 UNITED STATES MAGISTRATE JUDGE
27

28

                                              1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2