# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. JOHANNECK<br><br>Plaintiff,<br><br>v.<br><br>PAM AHLIN, et al.,<br><br>Defendants. | Case No. 1:18-cv-00051-EPG (PC)<br><br>New Case No. 1:18-cv-00051-LJO-MJS (PC)<br><br>**ORDER RELATING CASES AND REASSIGNING ACTION TO DISTRICT JUDGE LAWRENCE J. O'NEILL AND MAGISTRATE JUDGE MICHAEL J. SENG** |

On January 11, 2018, Plaintiff filed this Civil Rights Complaint pursuant to 42 U.S.C. section 1983 challenging emergency amendments to Cal. Code Regs. tit. 9, § 4350 as violating the U.S. Constitution. (ECF No. 1.)

The Court's review of this case reveals that it is related under Local Rule 123 to the action entitled <u>Rainwater v. Allen</u>, 1:18-cv-00049-LJO-MJS. Both actions are based on the same underlying facts and involve overlapping questions of law and fact.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk shall relate this case with case 1:18-cv-00049-LJO-MJS;

2. This case shall be assigned to the docket of District Judge Lawrence J. O'Neill and reassigned to the docket of Magistrate Judge Michael J. Seng

3. The new case number shall be:

1

1:18-cv-00051-LJO-MJS and all future pleadings and/or correspondence must be so numbered. Use of an incorrect case number or incorrect judge's initials may result in delay in processing documents and distribution of copies to the judge assigned.

IT IS SO ORDERED.

Dated: February 16, 2018         /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE