# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. JOHANNECK,<br><br>    Plaintiff,<br><br>    v.<br><br>PAM AHLIN, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00051-LJO-SAB (PC)<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO ADMINISTRATIVELY TERMINATE PLAINTIFF'S REQUEST FOR A TEMPORARY RESTRAINING ORDER<br><br>(ECF Nos. 6, 16) |

    Plaintiff Edward J. Johanneck, a civil detainee, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 29, 2018, Plaintiff filed a motion for a temporary restraining order to prevent the Department of State Hospitals from implementing amendments to section 4350 of Title 5 of the California Code of Regulations. On May 11, 2018, Plaintiff filed a motion to dismiss his motion for a temporary restraining order. Plaintiff states that his request is now moot as his property was confiscated and has been either lost, destroyed, or sent to a third party.

    Accordingly, based on Plaintiff's withdrawal of his motion, the Clerk of the Court is DIRECTED to administratively terminate Plaintiff's motion for a temporary restraining order (ECF No. 6).

IT IS SO ORDERED.

Dated: **May 11, 2018**

                                                  UNITED STATES MAGISTRATE JUDGE